IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM B. PAULK,**
    Plaintiff,

vs.                                      5:09cv69/MCR/MD

**JACKSON COUNTY CORRECTIONAL
FACILITY OFFICERS, et al.,**
    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 16, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 5th day of May, 2009.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**